UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19351
   VINCE ANTHONY BELLIK
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-1050

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/19/2007 and was confirmed 01/16/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

      The case was converted to chapter 7 after confirmation 05/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BEST BUY | SECURED | 300.00 | .00 | 17.25 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL MORTGAGE C | SECURED | 300.00 | .00 | 32.70 |
| CITIFINANCIAL MORTGAGE C | UNSECURED | NOT FILED | .00 | .00 |
| EVERHOME MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE | MORTGAGE ARRE | 2025.94 | .00 | 2025.94 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL SERVICES I | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS NA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 770.79 | .00 | .00 |
| ROBERT J LEONI LTD | UNSECURED | 10196.53 | .00 | .00 |
| URBAN & BURT LTD | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 180.20 |
| DEBTOR REFUND | REFUND | | | 186.98 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,443.07 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 2,075.89 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 180.20 |
| DEBTOR REFUND | | 186.98 |
| TOTALS | 2,443.07 | 2,443.07 |

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 19351 VINCE ANTHONY BELLIK

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 12/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE